**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**Case No. 5:09-CV-165**

SUSAN MESSMER                                                                                               PLAINTIFF

V.

BLUEGRASS MARINE, LLC                                                                              DEFENDANT

**ORDER**

The parties have filed a joint motion for leave to file settlement agreement under seal. (Docket #9) The parties state that confidentiality was a part of the settlement agreement. No compelling reasons have been set forth to persuade the Court to allow these documents to be filed under seal. The Court believes there is a presumption of openness in public records and particularly court records.

The parties believe the Court's approval is required. If so, then absent citation of compelling reasons, those documents must be filed in the normal manner. If the settlement does not require Court approval then the parties may submit an agreed order of settlement.

**IT IS ORDERED** that the joint motion to file any settlement agreement under seal is denied. (Docket #9)

cc:     Counsel

0|0